# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,　　　　　　　Criminal No. 10-174 (JRT/RLE)

　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　**ORDER ON REPORT AND
　　　　　　　　　　　　　　　　　　　RECOMMENDATION**

JAMES DANIEL JASCHKE,

　　　　　　　Defendants.
_____

　　　Leshia Lee-Dixon, **OFFICE OF THE UNITED STATES ATTORNEY,** 316 North Robert Street, 404 Federal Building, St Paul, MN 55101, for the plaintiff.

　　　Andrea George, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for the defendant.

　　　This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

　　　1.　　Mr. Jaschke's motion to suppress evidence obtained through search and seizure (Doc. No. 19) is **DENIED.**

　　　2.　　Mr. Jaschke's motion to suppress statements (Doc. No. 20) is **DENIED.**

　　　3.　　Mr. Jaschke's motion to suppress identifications (Doc. No. 18) is **WITHDRAWN.**

DATED: October 25, 2010
at Minneapolis, Minnesota.                    s/ John R. Tunheim
                                              JOHN R. TUNHEIM
                                              United States District Judge